

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00423-CV

**IN RE Z.K.T.W. AND Z.K.R.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00921
Honorable Richard Garcia, Judge Presiding

## O R D E R

The appellant's brief was due August 5, 2019, but was not filed. We order appellant's appointed appellate attorney, Shawn Sheffield, to file the appellant's brief by **August 19, 2019**, and an explanation for why the appellant's brief was not timely filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court